IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Town of Smyrna,<br><br>       Plaintiff,<br><br>vs.<br><br>The Municipal Gas Authority of Georgia,<br><br>       Defendant. | No. 0:14-mc-00052-JFA<br><br><br>**ORDER** |

      Patriots Energy Group moves this court for an order quashing a subpoena issued by the Town of Smyrna, related to an action currently pending in Tennessee. ECF No. 1. The court grants the motion, with leave for the Town of Smyrna to issue a more narrowly tailored subpoena once the Town of Smyrna has reviewed every document produced by the Municipal Gas Authority of Georgia in the Tennessee litigation. The parties are directed to file a joint status report once the Town of Smyrna has reviewed the Municipal Gas Authority of Georgia's production.

      The clerk is directed to keep this matter open until further order of the court.

IT IS SO ORDERED.

April 8, 2014                                            Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge